<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 02-7636**

————————

GILBERTO FLORES,

Petitioner - Appellant,

versus

COLIE RUSHTON, Warden, McCormick Correctional
Institution; GARY MAYNARD, Director, South
Carolina Department of Corrections,

Respondents - Appellees.

————————

**No. 02-7637**

————————

GILBERTO FLORES,

Petitioner - Appellant,

versus

COLIE RUSHTON, Warden, McCormick Correctional
Institution; GARY MAYNARD, Director, South
Carolina Department of Corrections,

Respondents - Appellees.

————————

Appeals from the United States District Court for the District of
South Carolina, at Charleston. Margaret B. Seymour, District Judge.
(CA-01-3288-2-AJ, CA-01-3289-2-AJ)

---

Submitted: January 16, 2003        Decided: January 27, 2003

---

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Gilberto Flores, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Gilberto Flores, a state prisoner, seeks to appeal the district court's orders adopting the magistrate judge's recommendation construing Flores' 42 U.S.C. § 2241 (2000) actions as filed under 28 U.S.C. § 2254 (2000), and dismissing them without prejudice for failure to exhaust state remedies. The court also denied Flores' motions for reconsideration. An appeal may not be taken to this court from the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a state court unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). When, as here, a district court dismisses a § 2241 petition solely on procedural grounds, a certificate of appealability will not issue unless the petitioner can demonstrate both "(1) that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and (2) 'that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.'" Rose v. Lee, 252 F. 3d 676, 684 (4th Cir.) (quoting Slack v. McDaniel, 529 U.S. 473, 484 (2000)), cert. denied, 122 S.Ct. 318 (2001). We have reviewed the record and conclude for the reasons stated by the district court that Flores has not made the requisite showing. See Flores v. Rushton, No. CA-01-3288-2-AJ; CA-01-3289-2-AJ (D.S.C. filed Aug. 16, 2002, entered

3

Aug. 19, 2002; filed Sept. 11, 2002, entered Sept. 12, 2002; and filed Oct. 10, 2002, entered Oct. 11, 2002). Accordingly, we deny certificates of appealability and dismiss the appeals. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED